1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10  BRIAN WILLIAMS,                          Case No. 2:22-cv-08412-HDV (MAR)

11                          Plaintiff,

12            v.                             **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

13  HEATHER MCCRAY,

14                          Defendant(s).

15

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the

18  relevant records on file, and the Report and Recommendation of the United States

19  Magistrate Judge.  No objections have been filed.  The Court accepts the findings and

20  recommendation of the Magistrate Judge.

21        **IT IS THEREFORE ORDERED** that:

22     (1)    Defendant's Motion to Dismiss is **GRANTED**;

23     (2)    Judgment be entered **DISMISSING** the action **WITH PREJUDICE**.

24

25  Dated: 02/12/24

26                                           HONORABLE HERNAN D. VERA
                                             United States District Judge

27

28