UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>HEATHER McCRAY,<br><br>　　　　　　　Defendant(s). | Case No. 2:22-cv-08412-HDV (MAR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  February 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE HERNAN D. VERA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge